# EXHIBIT A

# EXHIBIT A

1



# Service of Process Transmittal
12/20/2021
CT Log Number 540773847

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1901 S. Meyers Rd, Suite 200C<br>Oakbrook Terrace, IL 60181 |
| **RE:** | **Process Served in Nevada** |
| **FOR:** | Costco Wholesale Corporation  (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Re: FOUZIA EL BAKKAL, an individual // To: Costco Wholesale Corporation |
| DOCUMENT(S) SERVED: | -- |
| COURT/AGENCY: | None Specified<br>Case # A21845416C |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Carson City, NV |
| DATE AND HOUR OF SERVICE: | By Process Server on 12/20/2021 at 14:19 |
| JURISDICTION SERVED : | Nevada |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 12/22/2021, Expected Purge Date: 01/06/2022<br><br>Image SOP<br><br>Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com<br><br>Email Notification,  Zois Johnston  zjohnston@costco.com<br><br>Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>701 S. Carson Street<br>Suite 200<br>Carson City, NV 89701<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Electronically Issued
12/14/2021 2:47 PM

**SUMM**
JACOB G. LEAVITT, ESQ.
Nevada Bar No.: 12608
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: Jacobl@bighornlaw.com
*Attorneys for Plaintiff*

CASE NO: A-21-845416-C
Department 2

# DISTRICT COURT

# CLARK COUNTY, NEVADA

FOUZIA EL BAKKAL, an individual,

Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION, a foreign corporation, doing business as COSTCO; MELISA LANDA; DOE STORE MANAGERS I through X; DOE STORE EMPLOYEES I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYEES I through X; DOE JANITORIAL EMPLOYEES I through X; ROE PROPERTY MANAGERS XI through XX; ROE MAINTENANCE COMPANIES XI through XX; ROE OWNERS XI through XX; ROE EMPLOYERS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly and severally,

Defendants.

CASE NO.:
DEPT. NO.:

**SUMMONS**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOU BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.** A civil Complaint has been filed by the Plaintiff against you. Plaintiff is seeking to recover the relief requested in the Complaint, which could include a money judgment against you or some other form of relief.

**COSTCO WHOLESALE CORPORATION**
c/o C T Corporation System - Registered Agent
701 S. Carson Street, Suite 200
Carson City, Nevada 89701

Page 1 of 2

Case Number: A-21-845416-C

If you intend to defend this lawsuit, within twenty-one (21) calendar days[1] after this Summons is served on you (*not counting the day of service*), you must:

1. File with the Clerk of the Court, whose address is shown below, a formal written response (*typically a legal document called an "answer," but potentially some other response*) to Plaintiff's Complaint.
2. Pay the required filing fee to the Court, or file an Application to Proceed In Forma Pauperis and request a waiver of the filing fee.
3. Serve (by mail or hand delivery) a copy of your response upon the Attorney whose name and address is shown below.

If you fail to respond, the Plaintiff can request your Default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the Complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's Complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

**BIGHORN LAW**

By: /s/ Jacob G. Leavitt
JACOB G. LEAVITT, ESQ.
Nevada Bar No.: 12608
3675 W Cheyenne Ave, Suite 100
N. Las Vegas, Nevada 89032
Attorneys for Plaintiff

**CLERK OF COURT**

By: _____ — 12/15/2021
Deputy Clerk  12/15/2021
County Courthouse           Irish Lapira
200 Lewis Ave
Las Vegas, Nevada 89101

---

[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's Complaint.