WRIGHT, FINLAY & ZAK, LLP
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
sgarabedian@wrightlegal.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FOUZIA EL BAKKAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation, doing businesses as COSTCO; DOE STORE MANAGERS I through X; DOE STORE EMPLOYEES I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYEES I through X; DOE JANITORIAL EMPLOYEES I through X; ROE PROPERTY MANAGERS XI through XX; ROE MAINTENANCE COMPANIES XI through XX; ROE OWNERS XI through XX; ROE EMPLOYERS XI through XX DOES XXI through XXV; ROE CORPORATIONS XXV through XXX; inclusive jointly severally,<br><br>Defendants. | Case No.:   2:22-cv-01615-ART-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

PLEASE TAKE NOTICE that Stephanie A. Garabedian, Esq., is no longer with the firm of Lewis Brisbois Bisgaard & Smith and no longer represents Defendant, Costco Wholesale

1  Corporation in the instant case.  Therefore, it is no longer necessary that Stephanie Garabedian,
2  Esq. receive CM/ECF notices.
3         DATED March 13, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Stephanie Garabedian, Esq.*
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

## ORDER

**IT IS SO ORDERED**

**DATED:** 5:33 pm, March 14, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** was made on March 13, 2023, to all counsels identified on the CM/ECF notification system.

/s/ Jason Craig
An Employee of WRIGHT, FINLAY & ZAK, LLP